REBECCA GEFFNER, Appellant, v MERCY MEDICAL CENTER et al., Respondents.

Submitted January 5, 2015; decided February 19, 2015

Motion for reargument of motion for leave to appeal denied [*see* 24 NY3d 1040 (2014)].

Judges STEIN and FAHEY taking no part.

GAIL C. HOWARD, Individually and as Administrator of the Estate of SCOTT R. HOWARD, Deceased, Respondent, v CRAIG STANGER et al., Appellants, et al., Defendant.

Submitted January 5, 2015; decided February 19, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judges STEIN and FAHEY taking no part.

JOHNATHAN JOHNSON, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 114829.)

Submitted January 5, 2015; decided February 19, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).

Judges STEIN and FAHEY taking no part.